**EXHIBIT A - 5**

**EXHIBIT A - 5**

| | |
|---|---|
| DISTRICT COURT, HUERFANO COUNTY, COLORADO<br>Court Address: 401 Main Street, Room 304, Walsenburg, CO 81089<br>Phone Number: 719-738-1040 | **EFILED Document**<br>**CO Huerfano County District Court 3rd JD**<br>**Filing Date: Jun 20 2012 3:58PM MDT**<br>**Filing ID: 44929665**<br>**Review Clerk: Lorraine A Lucero** |
| Plaintiff: RAYMOND MONTOYA<br><br>Defendants: BRUCE NEWMAN, LARRY GARBISO | ∆ COURT USE ONLY ∆<br><br>Case No. 12 CV 12<br>Div.: D |
| **ORDER REQUIRING PROOF OF SERVICE** | |

This action was filed on March 5, 2012. Proof of service has not been filed.

Plaintiff is hereby ordered to complete service and file proof of service within fifteen (15) days of the date of this Order or advise the Court through a written motion why other action is appropriate.

In the event plaintiff does not respond to this Order, the Court will dismiss this complaint without prejudice for failure to prosecute pursuant to C.R.C.P. 41.

Dated June 20, 2012.

BY THE COURT:

_Claude W. Appel_ (signature)

_____
Claude W. Appel, District Judge