**EXHIBIT A - 8**

**EXHIBIT A - 8**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Claude W. Appel**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, HUERFANO COUNTY, COLORADO<br>401 Main Street, Suite 304<br>Walsenburg, CO 81089<br>_____<br>**Plaintiff**:<br>RAYMOND MONTOYA,<br><br>v.<br><br>**Defendants:**<br>BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail; LARRY GARBISO; DOE #1-2, detention officers at Huerfano County Jail; DOE #1-2, medical staff members at Huerfano County Jail; and DR. NESS | ▲   COURT USE ONLY   ▲<br>_____<br><br>Case Number: 2012CV12<br>Division: D<br>Courtroom: |
| **ORDER** | |

THE COURT, having reviewed Defendant Newman's Unopposed Motion for Extension of Time to File Responsive Pleading, having reviewed the file, and being fully advised:

DOES HEREBY ORDER that said motion is GRANTED. Defendant Newman is granted an extension of time to and through July 19, 2012, within which to submit a responsive pleading to Plaintiff's Complaint.

Done this _____ day of _____, 20___.

BY THE COURT:

_____

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|--:|:--|
| **Court:** | CO Huerfano County District Court 3rd JD |
| **Judge:** | Claude William Appel |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 45166994 |
| **Current Date:** | Jul 09, 2012 |
| **Case Number:** | 2012CV12 |
| **Case Name:** | MONTOYA, RAYMOND vs. NEWMAN, BRUCE et al |
| **Court Authorizer:** | Claude William Appel |

**/s/ Judge Claude William Appel**