**EXHIBIT A - 17**

**EXHIBIT A - 17**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Claude W. Appel*

**Claude W. Appel**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, HUERFANO COUNTY, COLORADO
401 Main Street, Suite 304
Walsenburg, CO 81089

_____

**Plaintiff**:
RAYMOND MONTOYA,

v.

**Defendants:**
BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail; LARRY GARBISO; DOE #1-2, detention officers at Huerfano County Jail; DOE #1-2, medical staff members at Huerfano County Jail; and DR. NESS

▲   COURT USE ONLY   ▲
_____

Case Number: 2012CV12
Division: D
Courtroom:

## ORDER

THE COURT, having reviewed Defendant Newman's Unopposed Motion for Extension of Time to File Responsive Pleading, having reviewed the file, and being fully advised:

DOES HEREBY ORDER that said motion is GRANTED.  Defendant Newman is granted an extension of time to and through July 19, 2012, within which to submit a responsive pleading to Plaintiff's Complaint.

Done this _____ day of _____, 20___.

BY THE COURT:

_____

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Huerfano County District Court 3rd JD |
| **Judge:** | Claude William Appel |
| **File & Serve Transaction ID:** | 45862736 |
| **Current Date:** | Aug 14, 2012 |
| **Case Number:** | 2012CV12 |
| **Court Authorizer:** | Appel, Claude William |

**/s/ Judge Appel, Claude William**