**EXHIBIT A - 18**

**EXHIBIT A - 18**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Claude W. Appel*

**Claude W. Appel**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, HUERFANO COUNTY, COLORADO<br>401 Main Street, Suite 304<br>Walsenburg, CO 81089<br>_____<br><br>**Plaintiff**:<br>RAYMOND MONTOYA,<br><br>v.<br><br>**Defendants:**<br>BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail; LARRY GARBISO; DOE #1-2, detention officers at Huerfano County Jail; DOE #1-2, medical staff members at Huerfano County Jail; and DR. NESS | ▲   COURT USE ONLY   ▲<br>_____<br><br>Case Number: 2012CV12<br>Division: D<br>Courtroom: |
| **AMENDED ORDER** | |

THE COURT, having reviewed Defendant Newman and Garbiso's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, having reviewed the file, and being fully advised:

DOES HEREBY ORDER that said motion is GRANTED. Defendants Newman and Garbiso are granted an extension of time to and through August 20, 2012, within which to submit their Reply in Support to their Motion to Dismiss.

Done this _____ day of _____, 20____.

BY THE COURT:

_____

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Huerfano County District Court 3rd JD

**Judge:** Claude William Appel

**File & Serve Transaction ID:** 45906042

**Current Date:** Aug 15, 2012

**Case Number:** 2012CV12

**Court Authorizer:** Appel, Claude William

**/s/ Judge Appel, Claude William**