IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO,
DOE #1, 2 - detention center officer at Huerfano County Jail,
DOE #1-2, medical staff member at Huerfano County Jail, and
CHARLES NEECE, M.D.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order to Extend the 26(a)(2) and Corresponding Deadlines** [Docket No. 36; Filed May 9, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**.  The Scheduling Order entered on October 11, 2012 [#36] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline  **June 27, 2013**
- Rebuttal Expert Disclosure Deadline  **July 26, 2013**
- Discovery Deadline  **August 26, 2013**

    Dated:  May 9, 2013