IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO,
DOE #1, 2 - detention center officer at Huerfano County Jail,
DOE #1-2, medical staff member at Huerfano County Jail, and
CHARLES NEECE, M.D.,

    Defendants.

_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order and Reset Jury Trial Date** [Docket No. 42; Filed June 24, 2013] (the "Motion"). In the Motion, Plaintiff requests: (1) a 30-day extension of the "expert disclosure and other corresponding deadlines;" (2) an increase in the number of depositions from the 10 allowed each party pursuant to the Scheduling Order [#25] to a maximum of 20 for each party; and (3) that the November 25, 2013 trial be vacated and reset to a later date.

With regard to "the expert disclosure and other corresponding deadlines," Plaintiff proposes that the following deadlines be extended by thirty days: the Affirmative Expert Disclosure Deadline, the Rebuttal Expert Disclosure Deadline, the Discovery Deadline, and the Dispositive Motions Deadline. *Motion* [#42] at 4. In support of his request, Plaintiff

states that his counsel was seriously injured on June 15, 2013 and will be taking prescribed narcotic pain medication and recovering until June 28, 2013. *Id.* at 3. Plaintiff further argues that as discovery has progressed, "the case has grown even more complex than Plaintiff anticipated" which has resulted in the need for an expansion of discovery. *Id.* Plaintiff seeks to extend the trial date because, given Plaintiff's request for additional discovery and extensions of the discovery deadlines, "Plaintiff and Defendants are concerned that a trial date of November 25, 2013 may come too soon for anyone to be properly prepared." *Id.*[1]

Pursuant to the Scheduling Order [#25] entered in this case and Fed. R. Civ. P. 30(a)(2)(A)(i), the parties are limited to 10 depositions each unless granted leave by the Court to exceed this limit. In accordance with Fed. R. Civ. P. 30(a)(2)(A)(i), the Court "must grant leave to the extent consistent with Rule 26(b)(2)." Fed. R. Civ. P. 26(b)(2)(C) articulates bases on which the Court "must limit the frequency or extent of discovery." Taking into account the claims in the case,[2] the arguments expressed in the Motion, Defendants' agreement to the relief requested in the Motion, and the limits articulated in Fed. R. Civ. P. 26(b)(2)(C), the Court finds that Plaintiff's request to expand the number of depositions in this matter is reasonable. However, the Court cautions the parties that "unreasonably cumulative or duplicative" depositions are not permitted pursuant to Fed. R. Civ. P. 26(b)(2)(C). *See Motion* [#42] at 2-3 (listing as potential deponents: eight detention

---

[1] While not mentioned in the Motion, the Court notes that a combined Trial Preparation Conference and Final Pretrial Conference is set on November 1, 2013 at 3:30 p.m. *Trial Preparation Conference Order* [#23] at 4.

[2] The Court notes that there is a pending Recommendation [#39] which, if adopted by the District Judge, would result in dismissal of Plaintiff's first cause of action.

officers, three witnesses from the San Luis Valley Rehabilitation Center, and contractors who worked on the HVAC system at the Huerfano County Jail). Accordingly, The Court respectfully **RECOMMENDS** that the Trial set to begin on November 25, 2013 at 8:30 a.m. be **VACATED** and **RESET** at a time convenient to the Court.

IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED in part** as follows: the Scheduling Order entered on October 11, 2012 [#25] and amended on May 9, 2013 [#38], is further modified to increase the number of depositions per party from 10 to 20, *see Scheduling Order* [#25] at § 8(a), and to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **July 29, 2013**
- Rebuttal Expert Disclosure Deadline    **August 26, 2013**
- Discovery Deadline    **September 26, 2013**
- Dispositive Motions Deadline    **October 25, 2013**

No further extension of time will be permitted absent extraordinary circumstances.

Dated:  June 25, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge