IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO,
DOE #1, 2 - detention center officer at Huerfano County Jail,
DOE #1-2, medical staff member at Huerfano County Jail, and
CHARLES NEECE, M.D.,

    Defendants.

_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a discovery status conference.

**IT IS ORDERED:**  Plaintiff may conduct an inspection of the Huerfano County Jail pursuant to Fed. R. Civ. P. 34, and Plaintiff's hygienist may participate in the inspection. The inspection shall be held on a mutually convenient date and time, and Defendants' hygienist, if any, shall also be permitted to participate. Plaintiff shall prepare and serve an appropriate notice of inspection pursuant to Fed. R. Civ. P. 34. The inspection shall occur **on or before September 30, 2013**.

**IT IS ORDERED:**  The discovery deadline is extended to **September 30, 2013** for the sole purpose of conducting the hygienist inspection. The hygienist inspection shall be in addition to any inspection previously conducted by Plaintiff. No further extensions of the discovery deadline shall be permitted.

    Dated:    August 21, 2013

1