**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-2362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail;
LARRY GARBISO;
DOE #1-2, detention officer at Huerfano County Jail;
DOE #1-2, medical staff member at Huerfano County Jail; and
DR. NEECE,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE &
CONTINUING TRIAL DATE**

**Blackburn, J.**

    This matter is before me on the **Order and Recommendation of United States Magistrate Judge** [#44][1] filed June 25, 2013.  No party filed objections to the recommendation.  Thus, I review this part of the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no error, much less plain error, in the recommendation, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    Based on circumstances which have arisen in this case, the magistrate judge

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

recommends that the trial currently set to commence November 25, 2013, be vacated and continued to a later date. I concur with the recommendation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation stated in the **Order and Recommendation of United States Magistrate Judge** [#44] filed June 25, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the combined Trial Preparation Conference and Final Pretrial Conference set November 1, 2013, at 3:30 p.m., and the trial set to begin November 15, 2013, at 8:30 a.m., are **VACATED** and **CONTINUED** pending further order;

3. That counsel **SHALL CONTACT** the court's administrative assistant, **Susan Schmitz**, **at (303) 335-2350** on **September 18, 2013, at 9:30 a.m.**, to reschedule the combined Trial Preparation Conference and Final Pretrial Conference and the trial;

3. That the **Trial Preparation Conference Order** [#23] filed October 11, 2012, is **AMENDED** as stated in this order; and

4. That otherwise, the **Trial Preparation Conference Order** [#23] filed October 11, 2012, **SHALL REMAIN** in full force and effect.

Dated September 11, 2013, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge