**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO,
DOE #1-2, detention officer at Huerfano County Jail,
DOE #1-2, medical staff member at Huerfano County Jail, and
DR. NEECE,

    Defendants.

## MINUTE ORDER[1]

    The parties' motion to re-set the jury trial [#42] filed June 24, 2013, and motion [#51] for ruling on the recommendation of the magistrate judge, filed September 11, 2013, both are denied as moot. These motions effectively were resolved in the order [#71] filed January 21, 2014.

    The motion [#61] for order regarding the objection of the defendant concerning discovery, filed December 10, 2013, is denied as moot. This issue was resolved in the order [#70] filed January 21, 2014.

    The motion [#63] to supplement the objection to an order of the magistrate judge, filed December 16, 2013, is granted. The supplement [#63-2] and exhibits [#63-3] are accepted for filing. The supplement was considered by the court in resolving the objection.

    Dated: February 6, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.