IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 12-cv-2362-REB-KLM

RAYMOND MONTOYA,

Plaintiff,
vs.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail;
LARRY GARBISO;
DOE #1-2, detention officer at Huerfano County Jail;
DOE #1-2, medical staff member at Huerfano County Jail; and
DR. NEECE,

Defendants.

**MOTION TO REOPEN DISCOVERY FOR LIMITED PURPOSES RELATED TO EVIDENCE OF SPOLIATION**

Plaintiff, Raymond Montoya, by and through his attorney, Raymond K. Bryant, hereby requests leave to re-open discovery for limited purposes related to the spoliation hearing that began yesterday, and which is scheduled to be continued on June 3, 2014. In support, Plaintiff states as follows:

**CONFERRAL STATEMENT**

Plaintiff's counsel certifies that he conferred with Defense counsel, Ann Smith, Gordon Vaughan, and Michael Watts via telephone County Defendants object to the relief sought. Defendant Neece takes no position.

1

1. On March 11, 2014, Plaintiff discovered evidence that Defendant may have been personally involved in the destruction of critical evidence necessary to prove Plaintiff's deliberate indifference allegations. Plaintiff discovered that Sheriff Newman had likely caused to be shredded all of the written medical request forms that Plaintiff Montoya and other inmates had submitted to jail staff prior to September 12, 2011. Plaintiff further discovered that Defendant Newman may have subsequently attempted to conceal the destruction of this evidence through various means, including evasive and misleading discovery responses and deposition testimony.

2. The parties began an evidentiary hearing on the matter yesterday, May 13, 2014. Because Plaintiff is seeking the most severe spoliation sanctions available, the hearing quickly focused on to the issue of the potential bad faith of Defendant Newman.

3. In defense, Defendant Newman testified, for the first time, that he was not personally involved in the selection of documents that were destroyed; that he had no knowledge that inmate kites were destroyed until recently; and that other detention officers had performed important searches for relevant documents, on his behalf.

4. Plaintiff and Defendants have asymmetrical information regarding these assertions.

5. Plaintiff requests that discovery be re-opened for the limited purpose of investigating the destruction and concealment of this vital evidence and of Defendant Newman's ignorance. Plaintiff seeks to depose for two hours each, Sheriff Newman, Frank Martin, Roxanna Hill, and any other persons that may be identified as having knowledge of these issues. Plaintiff seeks an opportunity to request documents from

Defendant Newman regarding the document shredding that occurred in the summer of 2011. Plaintiff seeks to subpoena records from the third party with whom Defendant Newman contracted to shred the documents.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that discovery be re-opened, for the limited purposes identified above, until June 3, 2014, to permit him the opportunity to more fully investigate and to fairly present the spoliation issues at the hearing on June 3, 2014.

Respectfully submitted this 14th day of May, 2014.

*s/ Raymond K. Bryant*
Raymond K. Bryant
1391 Speer Blvd., Suite 705
Denver, CO 80204
P: 720-515-6165
F: 303-416-4246
Raymond@rightslitigation.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of May, 2014, a true and correct copy of the **MOTION TO REOPEN DISCOVERY FOR LIMITED PURPOSES RELATED TO EVIDENCE OF SPOLIATION** was electronically filed via the *ECF System* and proper addressed to the following:

Ann B. Smith, Esq.
asmith@vaughandemuro.com

Gordon Vaughan, Esq.
GVaughan@vaughandemuro.com

Michael Watts, Esq.
mwatts@rmmattys.com

                                                  s/ Raymond K. Bryant