IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

      Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO,
DOE #1, 2 - detention center officer at Huerfano County Jail,
DOE #1-2, medical staff member at Huerfano County Jail, and
CHARLES NEECE, M.D.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's Motion to Reopen Discovery for Limited Purposes Related to Evidence of Spoliation** [#89][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#89] is **GRANTED**.[2]  Accordingly,

      IT IS FURTHER **ORDERED** that discovery is reopened for the limited purpose of allowing Plaintiff to take discovery regarding his allegation of spoliation of evidence.  On or before **June 2, 2014**, Plaintiff may take the following discovery: (1) up to 7 hours of total deposition testimony, (2) service of one third-party subpoena, and (3) service of one request for production on Defendant Newman.

      IT IS FURTHER **ORDERED** that Defendant Newman's response to the request for production shall be served on Plaintiff on or before **five business days** after the date of service of the request for production on Defendant Newman.

      Dated:  May 15, 2014

_____

      [1]  "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

      [2]  The Court may rule on a pending motion at any time.  D.C.COLO.LCivR 7.1(d).