**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,
LARRY GARBISO, and
DR. NEECE,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dimiss Defendant Garbiso, with Prejudice** [#206][1] filed August 5, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that the plaintiff's claims against defendant, Larry Garbiso, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dimiss Defendant Garbiso, with Prejudice** is granted;

    2. That plaintiff's claims against defendant, Larry Garbiso, are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

    3. That defendant, Larry Garbiso, is dropped as a party to this action, and the

---

[1] "[#206]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

caption shall be amended accordingly.

      Dated August 6, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge