**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02362-REB-KLM

RAYMOND MONTOYA,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail, and DR. NEECE,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#204][1] filed July 27, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and the plaintiff's claims against defendant, Dr. Neece, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#204] is approved;

    2. That plaintiff's claims against defendant, Dr. Neece, are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

    3. That defendant, Dr. Neece, is dropped as a party to this action and the caption shall be amended accordingly.

---

[1] "[#204]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated August 11, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge