**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02362-REB-KLM

RAYMOND MONTOYA,

      Plaintiff,

v.

BRUCE NEWMAN, in his official capacity as the Sheriff of Huerfano County Jail,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss, with Prejudice** [#209][1] filed August 19, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss, with Prejudice** is granted;

      2.  That plaintiff's claims against defendant, Bruce Newman, are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

      3.  That this case is closed.

---

[1]  "[#209]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated August 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge